# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2817
Lower Tribunal No. 2017-CF-000817

_____

KEITH JEROD ODOM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Jalal A. Harb, Judge.

November 4, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and WHITE, JJ., concur.


Keith Jerod Odom, Okeechobee, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED